UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

In re: ANTHONY JULIOUS RIDGEWAY and BRANDIE LYNN RIDGEWAY    Case No: 4:22-bk-10764 R

OBJECTION TO CONFIRMATION
OF INITIAL PLAN

Comes now Mark T. McCarty, Chapter 13 Standing Trustee who would show the Court the following for which relief is sought. It is reasonably believed and the proof will show that the Chapter 13 petition and plan fail to comply with the following:

1. 11 U.S.C. §1325(a)(1). The plan does not comply with the provisions of Chapter 13 and with the other applicable provisions of the Bankruptcy Code. **Based upon the purchase date of the 2019 Ford F150, the debt owed to Ford Motor Credit should be treated in Part 3.4 of the plan.**

2. 11 U.S.C. §1325(a)(1). The plan does not comply with the provisions of Chapter 13 and with the other applicable provisions of the Bankruptcy Code. **Based upon comparable recent sales, it appears the $115,000 value listed on Schedule A for the Deerfield Drive property is understated.**

3. 11 U.S.C. §1325(a)(1). The plan does not comply with the provisions of Chapter 13 and with the other applicable provisions of the Bankruptcy Code. **The deductions taken on Form 22C-2, Line 33d, are not allowed as the Toyota Corolla and Polaris Ranger are not necessary for debtors' effective reorganization.**

Because the plan and petition fail to comply with applicable provisions of the Bankruptcy Code, the case should be dismissed pursuant to 11 U.S.C. §1307 or the confirmation should be denied and the debtor given an opportunity to submit a modified plan within reasonable time.

PREMISES CONSIDERED, Mark T. McCarty, Standing Chapter 13 Trustee prays:
1. That the Court set this objection for a hearing.
2. That the Court either dismiss the Chapter 13 case pursuant to 11 U.S.C. §1307 or deny confirmation and grant the debtor a reasonable time in which to submit a modified plan.
3. That the Chapter 13 Trustee be granted such other and further relief to which he may be entitled.

Dated: 5/2/2022

/s/ Mark T. McCarty
CHAPTER 13 TRUSTEE

cc:   Anthony Julious Ridgeway and
       Brandie Lynn Ridgeway
      28 Deerfield Dr
      Ward, AR  72176

      Knollmeyer Law Office Pa   (Noticed by ECF)
      2525 John Harden Dr
      Jacksonville, AR  72076-1867